UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL WATSON, INDIVIDUALLY,
AND AS FATHER AND NEXT FRIEND OF
JOHN WATSON,
    Plaintiff

v.

PARTNER INDUSTRIAL PRODUCTS,
    Defendant

04 11782 DPW

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, Electrolux Professional Outdoor Products, Inc. (improperly named in the Complaint as "Partner Industrial Products") in the above-captioned matter.

ELECTROLUX PROFESSIONAL OUTDOOR
PRODUCTS, INC.
By its attorneys,

/s/ David A. Barry

David A. Barry, BBO No. 031520
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Dated: August 13, 2004

## CERTIFICATE OF SERVICE

I, David A. Barry, hereby certify that on the above date I served the foregoing document, by mailing a copy of same, postage prepaid, to the following counsel of record:

James E. Byrne, Esquire
Finneran, Byrne & Drechsler, LLP
50 Redfield Street
Boston, MA 02122

David A. Barry

Doc. #353027

2