*Suffolk Superior civil # 04-2012F*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COPY**

MICHAEL WATSON, INDIVIDUALLY,
AND AS FATHER AND NEXT FRIEND OF
JOHN WATSON,
    Plaintiff

v.

PARTNER INDUSTRIAL PRODUCTS,
    Defendant

04-11782DPW

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendant, Electrolux Professional Outdoor Products, Inc. (improperly named in the Complaint as "Partner Industrial Products" and hereinafter referred to as "Electrolux"), hereby gives notice of the removal to this Court of this action, which was commenced in the Commonwealth of Massachusetts, Suffolk County Superior Court (Civil Action No. 04-2012-F). As grounds for this removal, Electrolux respectfully states as follows:

1.    The plaintiff, Michael Watson, Individually and as Father and Next Friend of John Watson, brought this action in Suffolk County Superior Court by a complaint that was served upon Electrolux by certified mail and was received on or August 2, 2004. (See Summons and Complaint attached hereto as Exhibit A.)

2.    According to the complaint, the plaintiff is an individual residing in the Commonwealth of Massachusetts.

3.    The named defendant, Partner Industrial Products, n/k/a Electrolux Construction Products North America, is an unincorporated division of Electrolux.

4. The removing party, Electrolux, is an Ohio corporation with its principal place of business in Kansas.

5. The plaintiff's action is a civil action over which this Court has diversity subject-matter jurisdiction under 28 U.S.C. § 1332, because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the action is between citizens of different states.

6. Electrolux is entitled to remove the plaintiff's action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, because the Court has original jurisdiction over the action; the action is pending within this District and Division; and Electrolux is not a citizen of Massachusetts.

7. Copies of all process and pleadings served on Electrolux in this action are attached hereto as Exhibit A.

Signed, pursuant to Fed. R. Civ. P. 11, on August 13, 2004

I HEREBY ATTEST AND CERTIFY ON AUGUST 19, 2004, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK

ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC.
By its attorneys,

_____
David A. Barry, BBO No. 031520
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Dated: August 13, 2004

2

## CERTIFICATE OF SERVICE

I, David A. Barry, hereby certify that on the above date I served the foregoing document, by mailing a copy of same, postage prepaid, to the following counsel of record:

James E. Byrne, Esquire
Finneran, Byrne & Drechsler, LLP
50 Redfield Street
Boston, MA 02122

_____
David A. Barry

Doc. #353025

Case 1:04-cv-11782-DPW   Document 5 of Massachusetts   Page 4 of 4   08/18/2004
MAS-20030912
guen                                                                                                          03:49 PM
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

### SUCV2004-02012
### Watson et al v Partner Industrial Products

| | | | | | |
|---|---|---|---|---|---|
| File Date | 05/11/2004 | Status | Disposed: transferred to other court (dtrans) | | |
| Status Date | 08/18/2004 | Session | F - Civil F | | |
| Origin | 1 | Case Type | B05 - Products liability | | |
| Lead Case | | Track | A | | |
| Service | 08/09/2004 | Answer | 10/08/2004 | Rule12/19/20 | 10/08/2004 |
| Rule 15 | 08/04/2005 | Discovery | 06/30/2006 | Rule 56 | 08/29/2006 |
| Final PTC | 12/27/2006 | Disposition | 05/11/2007 | Jury Trial | Yes |

#### PARTIES

**Plaintiff**
Michael Watson
Active 05/11/2004

*Private Counsel 068560*
James E Byrne
Finneran Byrne & Drechsler
50 Redfield Street
Eastern Harbor Office Park
Boston, MA 02122
Phone: 617-265-3900
Fax: 617-265-3627
Active 05/11/2004 Notify

**Plaintiff**
John Watson, ppa
Active 05/11/2004

*** See Attorney Information Above ***

**Defendant**
Partner Industrial Products
Served: 08/02/2004
Served (answr pending) 08/06/2004

*Private Counsel 031520*
David A Barry
Sugarman Rogers Barshak & Cohen
101 Merrimac Street
9th floor
Boston, MA 02114-4737
Phone: 617-227-3030
Fax: 617-523-4001
Active 08/18/2004 Notify

#### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/11/2004 | 1.0 | Complaint filed with request for trial by jury |
| 05/11/2004 | | Origin 1, Type B05, Track A. |
| 05/11/2004 | 2.0 | Civil action cover sheet filed |
| 08/06/2004 | 3.0 | SERVICE RETURNED: Partner Industrial Products(Defendant) (certified mail) |
| 08/18/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Electrolux Professional Outdoor Products, Inc. U. S. Dist.#(04-11782DPW). |
| 08/18/2004 | | Case REMOVED this date to US District Court of Massachusetts |

#### EVENTS

case01 238050 y y y y y y

Page 1 of 2

. HEREBY ATTEST AND CERTIFY ON
AUGUST 19, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK.