UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL WATSON, INDIVIDUALLY,
AND AS FATHER AND NEXT FRIEND
OF JOHN WATSON, PPA
Plaintiff

v.

PARTNER INDUSTRIAL PRODUCTS
Defendant

Civil Action No. 04-11782 DPW

## LOCAL RULE 16.1 CERTIFICATION

The undersigned hereby affirm that they have conferred with a view to establishing, insofar as it is possible at this preliminary stage, a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs.

ELECTROLUX PROFESSIONAL OUTDOOR
PRODUCTS, INC.

By: /s/ Lawrence G. Muscarella
Lawrence G. Muscarella, Esquire
Associate General Counsel
Electrolux Professional Outdoor Products, Inc.
20445 Emerald Parkway, S.W., Suite 250
P.O. Box 35920
Cleveland, OH 44135-0920
(216) 898-1800

/S/ David A. Barry
David A. Barry BBO No. 031520
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Dated: September 22, 2004

Doc. #354246