UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL WATSON, INDIVIDUALLY,
AND AS FATHER AND NEXT FRIEND
OF JOHN WATSON,

                    Plaintiffs,

v.

PARTNER INDUSTRIAL PRODUCTS,

                    Defendant.

CIVIL ACTION
NO: 04-11782 DPW

**LR 16.1(D)(3) Certification**

I hereby certify that the Plaintiff, Michael Watson, and the Plaintiff's Counsel, James E. Byrne, conferred on or before September 27, 2004:

(A)    With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(B)    To consider the resolution of the litigation through the use of alternative dispute resolution programs.

/s/ Michael Watson
Michael Watson

/s/ James E. Byrne
James E. Byrne
B.B.O.# 068560
Finneran, Byrne & Drechsler, LLP
50 Redfield St.
Boston, MA 02122
617-265-3900