**AIG**

AIG Claim Services, Inc.®
**Primary Claims – Eastern Zone**
*Dedicated Construction Division*
P.O. Box 52260
Boston, MA 02205
617-457-2965
1-866-356-2383 (Fax)

October 6, 2004

Finneran Byrne and Dreschsler
50 Redfield Street
Boston, MA  02122

        Employee:        Michael Watson
        Employer:        Modern Continental
        Date of Injury:    December 5, 2001
        Claim Number:   390-013842

Dear  Sir/Madam:

    In response to your recent subpoena, enclosed please find a copy of the workers compensation file on Mr. Watson. Please note that internal work product and documents to/from the employer and defense counsel have been withheld as these documents are considered privileged.

    Please feel free to contact this office directly with any questions.

Sincerely,

Pamela Farley
WC Specialist III

Enclosure

**EXHIBIT B**

A Member of American International
Group, Inc.