UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON.<br>    Plaintiff<br><br>v.<br><br>ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC.<br>    Defendant | CIVIL ACTION NO: 04-11782DPW |

## NOTICE OF APPEARANCE

To the Clerk of the above-named court:

    Kindly enter my appearance as counsel for Electrolux Professional Outdoor Products, Inc., in the above-captioned action.

                                            /s/ Suleyken D. Walker_____
                                            Suleyken D. Walker, BBO No. 654933
                                            Sugarman, Rogers, Barshak & Cohen, P.C.
                                            101 Merrimac Street
                                            Boston, MA 02114
                                            (617) 227-3030

DATED: December 10, 2004

357149