UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON,<br><br>       Plaintiffs,<br><br>v.<br><br>ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS,<br><br>       Defendant. | CIVIL ACTION<br>NO: 04-11782-DPW |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION**

  Pursuant to this Court's request, the plaintiffs hereby give notice of their intent to withdraw the "Motion to Compel by Michael Watson" which was submitted to this Court on November 18, 2004 (Motion #13 on the Docket). The parties are working to resolve the issues raised therein. Plaintiffs hereby reserve the right to re-submit the Motion should it become appropriate.

                The Plaintiffs,
                By their Attorneys,

                /s/ Jonathan E. Tobin
                Jonathan E. Tobin, Esq.
                B.B.O.# 641509
                James E. Byrne, Esq.
                B.B.O.#068560
                FINNERAN, BYRNE & DRECHSLER, LLP
                50 Redfield Street
                Boston, MA 02122
                (617) 265-3900

**CERTIFICATE OF SERVICE**

    I, Jonathan E. Tobin, hereby certify that on February 22, 2005, I gave notice of the foregoing document to the following attorneys of record, vis E-mail or by sending an exact copy thereof via first class mail, postage prepaid:

David Barry, Esq.
SUGARMAN, ROGERS, BARSHAK & COHEN P.C.
101 Merrimac St.
Boston, MA 02114

David M. Hartigan, Esq.
SLOANE & WALSH
3 Center Plaza, Boston, MA 02108

                                                   /s/ Jonathan E. Tobin
                                                   Jonathan E. Tobin