UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON,<br><br>       Plaintiff,<br><br>v.<br><br>ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC.<br><br>       Defendant. | CIVIL ACTION<br>NO: 04-11782DPW |

### PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE
(assented to)

  The Plaintiff hereby moves this Court to continue the Status Conference scheduled for March 16, 2006, until March 30, 2006. In support of his Motion, the Plaintiff states as follows:

1. Counsel for the Plaintiff has a longstanding commitment to assist in running the annual Thurgood Marshall Moot Court competition sponsored by the Younger Lawyers Division of the Federal Bar Association. The national competition will be held this year in Washington D.C. on March 16 and 17, 2006. Counsel for the Plaintiff has annually played an integral role in the planning and operation of the competition and will be required to travel to Washington D.C. on March 16 and 17.

2. Counsel for the Defendant has assented to this Motion.

  Wherefore, the Plaintiff requests that this Court continue the Status Conference presently scheduled for March 16, 2006, until March 30, 2006. In the alternative, Plaintiff requests that this Court permit Counsel for the Plaintiff to attend via teleconference.

| The Plaintiff | The Defendant |
| By his Attorneys | By Its Attorneys |

| /s/ Jonathan E. Tobin | /s/ David A. Barry |
|---|---|
| Jonathan E. Tobin | David A. Barry |
| B.B.O.#: 641509 | B.B.O.#: 031520 |
| FINNERAN, BYRNE & DRECHSLER, LLP | SUGARMAN, ROGERS, BARSHAK & COHEN, P.C. |
| 50 Redfield St. | 101 Merrimac Street, 9th Floor |
| Boston, MA 02122 | Boston, MA 02114 |
| 617-265-3900 | 617-227-3030 |