UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON, PPA<br>　　Plaintiff<br><br>v.<br><br>ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC.<br>　　Defendant | CIVIL ACTION NO. 04-11782 DPW |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A
## MEMORANDUM IN EXCESS OF 20 PAGES

Defendant Electrolux Professional Outdoor Products, Inc. ("Electrolux") requests that the Court grant it leave to file a memorandum of law in support of its Motion to Preclude Expert Testimony and for Summary Judgment excess of 20 pages. As grounds for its motion, Electrolux states that the body of the motion consists of 20 pages with the 21st and final page as the signature page.

WHEREFORE, Electrolux respectfully requests that the Court grant it leave to file a memorandum of law in excess of 20 pages.

　　　　　　　　　　　　　　　　ELECTROLUX PROFESSIONAL OUTDOOR
　　　　　　　　　　　　　　　　PRODUCTS, INC.,
　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　/s/  *David A. Barry*
　　　　　　　　　　　　　　　　David A. Barry, BBO No. 031520
　　　　　　　　　　　　　　　　Sugarman, Rogers, Barshak & Cohen, P.C.
　　　　　　　　　　　　　　　　101 Merrimac Street, 9th Floor
　　　　　　　　　　　　　　　　Boston, MA 02114-4737
　　　　　　　　　　　　　　　　(617) 227-3030
　　　　　　　　　　　　　　　　barry@srbc.com

/s/ *Suleyken D. Walker*
Suleyken D. Walker, BBO No. 654933
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030
walker@srbc.com

DATED: May 19, 2006

CERTIFICATE OF SERVICE

    I, David A. Barry, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 19, 2006.

*/s/ David A. Barry*
David A. Barry
barry@srbc.com

377790

2