# EXHIBIT 1

Page 1

```
Volume:
Pages:    1 - 132
Exhibits: 1 - 11

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.              Superior Court
                          No. 04-2012-F

MICHAEL WATSON, INDIVIDUALLY
AND AS FATHER AND NEXT FRIEND
OF JOHN WATSON,

             Plaintiffs

vs.

PARTNER INDUSTRIAL PRODUCTS,

             Defendant
```

    Deposition of MICHAEL WATSON, a witness called on behalf of the Defendant, pursuant to the Massachusetts Rules of Civil Procedure, before Rosamond K. Marcy, a Certified Shorthand/Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Sugarman, Rogers, Barshak & Cohen, P.C., 101 Merrimac Street, Boston, Massachusetts 02114, commencing at 10:00 A.M. on Thursday, August 4, 2005.

Page 2

```
APPEARANCES:

JONATHAN E. TOBIN, Esquire
(Finneran, Byrne, Drechsler, L.L.P.)
    Eastern Harbor Office Park
    50 Redfield Street
    Boston, Massachusetts   02122
    for the Plaintiff, Michael Watson.

DAVID A. BARRY, Esquire
SULEYKEN D. WALKER, Attorney
(Sugarman, Rogers, Barshak & Cohen, P.C.)
    101 Merrimac Street
    Boston, Massachusetts   02114
    for the Defendant, Partner Industrial
    Products.

PRESENT:

    Lennort Gustafsson.
```

Page 3

```
              I N D E X

Deposition of:  DIRECT CROSS REDIRECT RECROSS
MICHAEL WATSON
(By Mr. Barry)     4            130
(By Mr. Tobin)            127


              E X H I B I T S
Watson
Number:                              For Ident.

1-5  -  Group of photographs              80
6    -  Saw                              109
7    -  Photograph File No. 100-0848     110
8    -  Photograph File No. 100-0850,
           Time 11:27                    111
9    -  Photograph File No. 100-0851,
           Time 11:30                    112
10   -  Photograph File No. 100-0852,
           Time 11:34                    115
11   -  Photograph File No. 100-0853,
           Time 11:36                    115
```

Page 4

STIPULATIONS

It is hereby stipulated and agreed by and between counsel for the respective parties that the witness will read and sign the deposition transcript within thirty days. The sealing and filing of the deposition transcript are waived.

It is further stipulated and agreed that all objections, except as to form, and motions to strike will be reserved to the time of trial.

MICHAEL WATSON, a witness called on behalf of the Defendant having first been properly identified and duly sworn, deposes and says as follows:

DIRECT EXAMINATION
BY MR. BARRY

Q. Good morning, Mr. Watson. I'll introduce myself to you again. My name is David Barry and I represent the defendant in the lawsuit that you've brought. I'm going to be asking you a

Page 5

1 series of questions about your accident
2 and your injuries. If at any time you
3 don't understand a question that I ask
4 you would you be kind enough to tell me
5 that and I will try and rephrase it in a
6 way that you can understand it.
7 A. Yes.
8 Q. Your lawyer may have instructed you
9 earlier but I will just ask that you
10 wait until I finish my question before
11 you give your answer.
12 A. Yes.
13 Q. You have to answer out loud so the court
14 reporter can take down your answer
15 whatever it may be as opposed to
16 answering or responding with nods or
17 shakes of the head.
18 A. Okay.
19 Q. What is your name, sir?
20 A. Michal Watson.
21 Q. Where do you live?
22 A. I currently live at 24 Dana Road in
23 Sandwich, Massachusetts.
24 Q. Is that a house?

Page 6

1 A. Yes.
2 Q. Who owns the house?
3 A. A friend, Bob Wheeler.
4 Q. How long have you known Mr. Wheeler?
5 A. Approximately twelve years.
6 Q. Does Mr. Wheeler live in the house?
7 A. Yes, he does.
8 Q. Does anybody else live in the house
9 besides you and Mr. Wheeler?
10 A. Right now, yes. There's one other
11 gentleman staying there.
12 Q. Who is that?
13 A. Michael Forfia.
14 Q. How long have you known Mr. Forfia?
15 A. Approximately two years.
16 Q. Are you paying rent?
17 A. Yes.
18 Q. What do you pay for rent?
19 A. Six hundred dollars.
20 Q. Per month?
21 A. Per month.
22 Q. Are you currently employed?
23 A. No, I am not.
24 Q. When were you last employed?

Page 7

1 A. The last day that I worked was on
2 December 5, 2001.
3 Q. Is that the date of the accident that is
4 the subject of this lawsuit?
5 A. That's correct.
6 Q. At that time you were working for Modern
7 Continental.
8 A. Yes, I was.
9 Q. Are you married?
10 A. I am divorced.
11 Q. What is your ex-wife's name?
12 A. Amy.
13 Q. Amy Watson?
14 A. Yes.
15 Q. What was her maiden name?
16 A. O'Halloran.
17 Q. When were you married to Amy O'Halloran?
18 A. On October 14 of 1995.
19 Q. Where were you married?
20 A. In Newton.
21 Q. Where does Amy Watson live?
22 A. In South Boston.
23 Q. The address?
24 A. 39 Old Harbor Street.

Page 8

1 Q. How long has she lived there?
2 A. About eight years.
3 Q. Did you live there with her at one time?
4 A. Yes.
5 Q. Was that the last place you lived
6 together?
7 A. Yes.
8 Q. Is this an apartment?
9 A. It's a condo.
10 Q. Who owns the condo?
11 A. She does now.
12 Q. When were you divorced?
13 A. August of 2003.
14 Q. Where were you divorced? There were
15 some papers filed in some county in
16 Massachusetts?
17 A. Suffolk.
18 Q. And you and Amy Watson have one child,
19 is that correct?
20 A. That's correct.
21 Q. That is your son John.
22 A. Yes.
23 Q. What is John's date of birth?
24 A. April 18, 2000.

Page 45

1 Q. For how long did you have that job?
2 A. About four months.
3 Q. Did you use any power tools?
4 A. With them, no.
5 Q. What is the next job you had?
6 A. I went to work for J. Cashman working in
7    the Fort Point Channel area near the
8    Post Office.
9 Q. J. Cashman is a big contractor on the
10    Big Dig.
11 A. Yes. He specializes in pile-driving
12    work, that type of work but that's not
13    what I was really doing.
14 Q. What were you doing?
15 A. General laborer's work, setting up,
16    doing cleaning, jack-hammering, a lot of
17    chipping. I did some pile work, built
18    lagging walls, pile drivers.
19 Q. Did you use any construction saws?
20 A. Chain saws from time to time. On the
21    lagging walls.
22 Q. What type of chain saw?
23 A. Stihl and we had Husquvarna.
24 Q. So working for J. Cashman you used chain

Page 46

1    saws and they were Stihl and Husquvarna.
2 A. Yes, both gas-operated.
3 Q. What would you do with those chain saws?
4 A. Cut the wood that you use for the
5    lagging walls.
6 Q. How long did you work for Cashman?
7 A. Six months.
8 Q. That takes us up to when, '99 sometime?
9 A. Yes.
10 Q. What was your next job through the
11    Laborers' Union?
12 A. I worked for Trevi Icos.
13 Q. What type of company is that?
14 A. They primarily do slurry panels.
15 Q. What the concrete gets poured into?
16 A. The walls in the tunnel. Not the finish
17    walls, the actual footing walls.
18 Q. What did you do for them?
19 A. Poured a lot of concrete. Keeping the
20    area clean. They do a lot of digging
21    and ensuring the area stays clean,
22    really. There are a lot of trucks
23    coming in and out and making sure the
24    trucks get in and out. When the

Page 47

1    concrete comes, you pour concrete until
2    the wall is finished. I poured a lot of
3    concrete.
4 Q. Did you use any tools?
5 A. Air tools, pneumatic tools.
6 Q. No saws.
7 A. No saws.
8 Q. How long did you work for Trevi Icos?
9 A. About a year.
10 Q. This gets us up to sometime in 2000.
11 A. Yes.
12 Q. What was the next job you had through
13    the Laborers' Union?
14 A. I worked chipping brick at U.Mass.
15    Boston, Chapman.
16 Q. What does Chapman do?
17 A. They are a waterproofing company.
18 Q. What did you do for them?
19 A. Chipped brick.
20 Q. Did you use any tools?
21 A. Drills.
22 Q. How long did you work for them?
23 A. A couple of months, three months, maybe.
24 Q. What was the next job you had?

Page 48

1 A. Modern Continental.
2 Q. When did you start working for Modern
3    Continental?
4 A. The spring of 2001.
5 Q. Did you work for them right up until
6    December 5, 2001 when you had your
7    accident?
8 A. Yes.
9 Q. When you worked for Modern Continental
10    was it always on the Big Dig?
11 A. Yes.
12 Q. It wasn't some other construction
13    project.
14 A. No.
15 Q. What was Modern Continental's role as a
16    contractor on the Big Dig?
17 A. During the time I was working for them
18    they were the general contractors.
19 Q. During the time you worked for Modern
20    Continental was it always on one site of
21    the Big Dig?
22 A. Yes.
23 Q. Where was that site?
24 A. Atlantic Avenue.

Page 69

1  often.
2  Q. You think it was also made by Stihl?
3  A. I know it was.
4  Q. What would you do with it on the Cashman
5     job?
6  A. On that particular job we used it
7     cutting pipe.
8  Q. Did you receive any instruction or
9     training in how to use it on the Cashman
10    job?
11 A. I don't remember.
12 Q. Did you read any Owner's Manuals
13    literature about it?
14 A. No.
15 Q. How many times did you use it on the
16    Cashman job?
17 A. A handful, five in the course of six
18    months.
19 Q. Can you estimate the number of hours of
20    use total?
21 A. Maybe an hour at a time.
22 Q. That was an electric saw as well.
23 A. That was gas.
24 Q. That was not below ground.

Page 70

1  A. No.
2  Q. Did you use a chop saw or what is called
3     a cut-off saw, a saw of the type
4     involved in your accident on any other
5     occasion besides your use of the saw for
6     three weeks to a month before the
7     accident and your use of this Stihl
8     gas-operated saw on the Cashman job?
9  A. I can't recall any time.
10 Q. The only occasions when you remember
11    using a saw of the type involved in your
12    accident were when you used the
13    gas-operated saw on the Cashman job and
14    when you used the accident saw for three
15    weeks to a month before the accident.
16 A. Those two I remember.
17 Q. Those are the only times you can
18    remember using a saw of this general
19    type?
20 A. The only times I can remember, yes.
21 Q. Tell me about your use of the accident
22    saw during the three weeks to a month
23    before the accident and by that I mean
24    what did you do with it, how often did

Page 71

1  you use it, etcetera?
2  A. We were down below the tile stripping so
3     there would be times when we would be
4     taking the wood off and I wouldn't be
5     using the saw. That would go on for a
6     couple of hours. Then I would go back
7     to using the saw to cut the ribs of the
8     rebars that were sticking out of the
9     wall. The last week or so there was a
10    lot more of the saws being used. The
11    wood had been just about done. I was
12    going around cutting anything that was
13    still there. There were big sections
14    that hadn't even been touched yet but
15    the last week it was pretty much an
16    everyday thing pretty much all day with
17    some exceptions. Setup time or cleanup
18    time or moving time, moving from one
19    spot to the next they had to bring all
20    the tools that were involved in cleaning
21    up the wall after I'm done. The last
22    week, all that week, Monday, Tuesday to
23    Thursday, that's all we have been doing.
24 Q. During that last week you were pretty

Page 72

1  much using the saw constantly?
2  A. Yes. A lot of these jobs you have
3     different people doing different things
4     and you take turns. The last week
5     that's all I was doing, I was the saw
6     guy.
7  Q. When you say that's all you were doing
8     did you use the saw to cut anything
9     other than cut the rebars flush to the
10    wall?
11 A. I don't remember.
12 Q. That's what you primarily remember using
13    it for.
14 A. Yes.
15 Q. Before you started using the saw
16    involved in your accident on the Modern
17    Continental job did you get any
18    instruction from anybody at Modern
19    Continental on how to use it?
20 A. Not that I remember.
21 Q. Did you feel you needed any instruction
22    or did you feel you really knew how to
23    use the saw?
24 A. I felt like I knew how to use the saw.

Page 73

1    I was very comfortable with that.
2  Q. Did you have any problems with it during
3    the period of time right up until the
4    accident happened?
5  A. No.
6  Q. When you were cutting rebars during that
7    last week particularly leading up to the
8    accident were you always on a ladder?
9  A. No.
10 Q. Sometimes you were, sometimes you
11   weren't?
12 A. Yes.
13 Q. Over the last week before the accident
14   over what distance in the tunnel were
15   you cutting these rebars?
16 A. To clarify we are now underneath the
17   tunnel.
18 Q. What do you call this area underneath
19   the tunnel?
20 A. The part we were working on was right
21   near the Vent Shaft Building.
22 Q. Can you estimate the number of rebars
23   you had cut right up until the accident?
24 A. No.

Page 74

1  Q. Was it hundreds?
2  A. Hundreds.
3  Q. You were aware before the accident that
4    the blade continued to turn for some
5    period of time after you released your
6    finger from the trigger, weren't you?
7  A. Yes.
8  Q. And that was something you could see.
9    The blade would continue to rotate for
10   some time after you released your finger
11   from the trigger.
12       MR. TOBIN:  Objection.
13 Q. If you were looking at the blade after
14   you released your finger from the
15   trigger you could see that for some
16   period of time it continued to turn,
17   correct?
18 A. Yes.
19 Q. Could you hear it until it stopped?
20 A. Yes.
21 Q. And that's something you were aware of
22   before your accident from your
23   experience with the saw.
24 A. Yes.

Page 75

1  Q. You knew that it didn't stop immediately
2    as soon as you released your finger from
3    the trigger.
4  A. Yes.
5  Q. Did you know before your accident about
6    how long it took the blade to close down
7    between when you released your finger
8    from the trigger and when it finally
9    came to a stop, approximately?
10 A. No.
11 Q. It was a matter of a number of seconds?
12 A. Yes.
13 Q. Did you realize before your accident
14   that if part of your body came into
15   contact with the coasting blade even
16   after you released your finger from the
17   trigger you could be hurt?
18       MR. TOBIN:  Objection.
19 A. Yes.
20 Q. And you knew you had to be careful to
21   keep the coasting blade away from your
22   body even if it wasn't under power,
23   correct?
24       MR. TOBIN:  Objection.

Page 76

1  A. Still spinning.
2  Q. Still spinning after you released your
3    finger from the trigger.  That's what I
4    am referring to as coasting.
5  A. Yes.
6  Q. And you knew that a coasting blade, one
7    that was still spinning even after you
8    released your finger from the trigger of
9    the saw could injure you if you came
10   into contact with it.
11 A. Still spinning, yes.
12 Q. How would you turn the saw on, activate
13   the saw?
14 A. There are two --  there's a name for it,
15   I don't know the name for it, type of
16   switching but you have to press those
17   two buttons to trigger it.  When you are
18   holding it you can't pull the trigger.
19   It locks.
20 Q. The switch locks?
21 A. Something like that.  You have to press
22   the button to unlock the lock to pull
23   the trigger.
24 Q. You have to press a button in order to

Page 77

1 unlock the trigger so that you can press
2 the trigger to start the saw.
3 A. Yes.
4 Q. Up until your accident did that
5 mechanism, that switch lock work
6 properly as far as you knew?
7 A. As far as I know.
8 Q. As far as you knew you weren't able to
9 depress the trigger of the saw unless
10 you first depressed the switch lock, is
11 that right?
12 A. Right.
13 Q. At any time had you read the Owner's
14 Manual for the saw that was involved in
15 your accident before your accident
16 happened?
17 A. No.
18 Q. At any time before your accident
19 happened had you read the Owner's Manual
20 or any Safety Manual for any chop saw or
21 saw of this type?
22 A. On this job or any time?
23 Q. At any time before December 5, 2001 had
24 you read any Owner's Manual for any chop

Page 78

1 saw?
2 A. I don't know.
3 Q. Not that you can remember?
4 A. Not that I can remember.
5 Q. What time did you report to work on
6 December 5, 2001?
7 A. I have to say seven in the morning.
8 Q. Do you remember what you did this
9 morning on the job?
10 A. I got the tools I needed. Our tools
11 were stored up top on the tunnel level.
12 I got the tools we needed and descended
13 downwards to the shaft.
14 Q. So you brought the saw down to the
15 shaft.
16 A. Yes.
17 Q. When you got the saw did you have to
18 sign it out or anything like that or did
19 you just take it?
20 A. We have a gang box, a big tool box.
21 It's locked.
22 Q. Did you have a key to it?
23 A. Yes.
24 Q. Did you open the box?

Page 79

1 A. I don't remember that morning.
2 Q. You don't have to sign anything, you
3 just take the saw?
4 A. Yes.
5 Q. So that morning you were cutting rebars
6 as you had been earlier that week.
7 A. Yes.
8 Q. Do you remember what time you broke for
9 lunch?
10 A. Ten of twelve.
11 Q. That was the time?
12 A. Yes.
13 Q. How long did you have for lunch?
14 A. We had to go back at 12:30.
15 Q. Did you bring your lunch with you?
16 A. Yes.
17 Q. Do you remember what you had that day?
18 A. I don't.
19 Q. What were you wearing?
20 A. I had on a pair of pants similar to the
21 ones I'm wearing, khaki-type sport
22 pants, probably a little thicker. I had
23 on an orange shirt and boots, a hard
24 hat.

Page 80

1 Q. Do you still have the pants you were
2 wearing when you were injured?
3 A. I don't.
4 Q. What type of blade was in the saw?
5 A. A steel-cutting fiber-type blade.
6 Q. Do you know the dimensions of it?
7 A. I don't.
8 Q. Do you think you would recognize it if I
9 showed you a picture?
10 A. One like the one I was using?
11 Q. Yes.
12 A. Yes.
13         [Group of photographs marked
14         Watson Exhibit Nos. 1
15         through 5 for
16         Identification.]
17 Q. I'm going to show you a photograph we
18 have just marked as Exhibit 1 for
19 Identification and ask you if you
20 recognize what is shown in that
21 photograph.
22 A. Yes. It's the blade of a saw sitting on
23 some wood with some stay forms on the
24 left.

Page 85

1  Q. Was the saw plugged in to some sort of
2     extension cord at the time the accident
3     happened?
4  A. Yes.
5  Q. How much length was there between the
6     saw and the power source?
7  A. I would say it was a hundred-foot
8     extension cord. Most of them are. It
9     had to go down the thirty feet to get to
10    where I was, where that light was. The
11    power source would be somewhere on that
12    light, the light that is in one of the
13    exhibits, so fifty feet, seventy-five
14    feet.
15 Q. Was there any other worker who used this
16    saw, meaning the one involved in your
17    accident, during the three weeks or so
18    that you used it up until your accident?
19 A. I can't say for certain. It's been used
20    by other people but who I can't
21    remember. It would have been people
22    that worked in the same crew as I did.
23 Q. Would it be fair to say that at least
24    during this last week leading up to the

Page 86

1     accident you were the only person who
2     used this saw if you were using it full
3     time?
4  A. That would be fair.
5  Q. Can you paint a word picture of the area
6     where the accident happened?
7  A. The setting is just outside the vent
8     building, underneath the tunnel of the
9     vent building area at the base of the
10    flues I guess you could call it. Where
11    I am standing probably ten feet away
12    from me is an incline and it goes up
13    into the actual flues themselves. I am
14    down at the base probably twenty or
15    thirty feet from the vent building.
16    It's dark. There's light but in the
17    tunnel there are a lot of shadows being
18    cast, dark and a lot of noise. The
19    walls are all concrete. The floor and
20    the ceiling area all concrete. There
21    are rebars sticking out of the wall I am
22    particularly working on. This is
23    actually the last section of the tunnel
24    where we are working on, the only time

Page 87

1     we actually had to go into the tunnel to
2     get the forms out. This was the last
3     pour. Out back in the vent building
4     area it's probably forty feet up to the
5     tunnel, thirty or forty feet below the
6     actual tunnel. The only real access in
7     and out of this unless you walk to the
8     end of the flues is through the vent
9     shaft. The flues themselves are
10    probably only four feet. To work in
11    those you have to bend down. The spot I
12    was on was level to the actual vent
13    shaft floor at the base of the flues.
14 Q. What was the source of lighting or
15    illumination in the area where you were
16    working?
17 A. At the exact area at the exact time I
18    don't exactly recall. They had several
19    halogen light trees set up throughout
20    that could be moved around. There were
21    actually two sides of these flues that
22    run parallel to the tunnel. I was on
23    one side and there were people working
24    on the other side. It's like a

Page 88

1     turnaround point like a U shape to get
2     from one to the next and all around the
3     U shape there were lights. There were
4     some string lights going up around the
5     U shape and all around the corridors we
6     could set up our halogen lights
7     whereever we needed them. Some of them
8     were trees and some of them were just
9     little stands for them to hook onto
10    things. You could elevate them and hang
11    them from higher points.
12 Q. But despite this illumination you would
13    describe the immediate area where you
14    were when the accident happened as dark?
15       MR. TOBIN: Objection.
16 A. Not like daylight dark. You have light
17    shining in and shadows. It's a tunnel
18    condition. There's no sunlight. There
19    are a lot of shadows being cast. There
20    are a lot of different levels of
21    terrain. It goes upwards.
22 Q. If I can characterize it as a room, and
23    I'm not sure that that's a fair
24    characterization, how far was the room,

Case 1:04-cv-11782-DPW   Document 27-2   Filed 06/09/2006   Page 9 of 14

Michael Watson, 8/4/2005                         CondenseIt                         Watson vs. Partner Industrial

Page 89

1  how tall was the room?  How much
2  distance between the floor and the
3  ceiling where you were at when the
4  accident happened?
5  A. Probably fifteen or twenty feet.
6  Q. The surface was concrete, right?
7  A. Yes.
8  Q. Was it level?
9  A. Where I was working was level.  It was
10  ten, fifteen, twenty feet from the
11  actual incline.  I wasn't working on the
12  incline.
13  Q. You were on a ladder when the accident
14  happened.
15  A. Yes.  When the accident actually
16  happened was I on the ladder?  At the
17  base of the ladder.
18  Q. What type of ladder was it?
19  A. It's generally a straight ladder.
20  Q. Not a stepladder?
21  A. Not a stepladder.  One portion of it I
22  guess would be a good way to describe
23  it.  It has feet.  It leans up against
24  the wall you are working on.

Page 90

1  Q. What was it made of?
2  A. Aluminum.
3  Q. How tall was it?
4  A. I don't remember how tall it was.  It
5  had to be under fifteen feet.  More than
6  ten, probably twelve.
7  Q. Had you placed it up against the wall?
8  A. Yes.
9  Q. What was the height from the floor to
10  the ceiling of the rebars that you were
11  cutting?  Were the rebars up all along
12  the level?
13  A. They ran up from the floor to the
14  ceiling.
15  Q. In height from the floor to the ceiling?
16  A. Fifteen to twenty feet.
17  Q. Going up from the floor to the ceiling
18  how many rebars would there be?
19  A. I don't remember.
20  Q. How far apart were they spaced
21  approximately?
22  A. Three feet.
23  Q. Going up from the floor to the ceiling.
24  A. In every direction.  It's probably a

Page 91

1  standard number.  About three feet.
2  Q. Were you cutting from the top going down
3  to the bottom or were you working in the
4  opposite direction from the floor up to
5  the ceiling?
6  A. I did all my floor work.  The ceiling
7  work had been done, too.  There was
8  staging we had down there to give us a
9  way to work up to the top.  The ladder
10  work would have been the intermediate
11  ones.
12  Q. The really high ones you didn't use a
13  ladder, you used staging?
14  A. Yes.
15  Q. Was the staging available to be used?
16  A. At that point there wasn't any in the
17  area, no.
18  Q. Where was the staging?
19  A. I don't know.  There wasn't any in the
20  immediate area.
21  Q. Could you have used staging to make the
22  last cut that you made before you were
23  injured?
24  A. Would it have been another option?

Page 92

1  Q. Yes.
2  A. I guess so, yes.
3  Q. Why didn't you do that?
4  A. It wasn't available and the ladder works
5  just as well if not better.  It's not a
6  height.
7  Q. Along the surface of the wall where the
8  rebar that you had just cut before your
9  accident was located, on that surface
10  had you cut any other rebars just before
11  the accident happened?
12  A. From the ladder?
13  Q. I think you told me that you had cut the
14  lower ones, is that right, along that
15  same surface of wall?
16  A. Right.
17  Q. And that didn't involve using a ladder.
18  A. No.  It's low.
19  Q. What about the higher ones, had they
20  been previously cut by somebody else or
21  did you cut those?
22  A. Some hadn't been cut.  I was going back
23  and doing some things that had been
24  missed or overlooked.  Had every one of

**Page 93**

1  the top ones been cut already? I have
2  to say no. That had been done
3  previously to when I was doing it, I
4  believe. Someone had been up there
5  before me.
6  Q. Had you cut any other rebars besides the
7  last one that you cut before your
8  accident with the ladder in the same
9  position that it was at the time you
10 made that last cut?
11 A. I don't remember.
12 Q. Was the last rebar that you cut just
13 before you were injured the only rebar
14 that you cut with the ladder in that
15 same position?
16 A. Once again I don't remember.
17 Q. How high above the floor was the rebar
18 that you cut just before your injury,
19 approximately?
20 A. Ten feet.
21 Q. As you were looking at the rebar did you
22 place the ladder or was the ladder
23 positioned to the left or to the right
24 of that rebar?

**Page 94**

1  A. To the right.
2  Q. The ladder is to the right of the rebar
3  and how far to the left of the ladder
4  was the rebar?
5  A. I couldn't tell you how far.
6  Q. Feet or inches?
7  A. A foot. Not too far, far enough where I
8  could cut it. I don't know.
9  Q. Were you wearing safety goggles at the
10 time of your injury?
11 A. Yes.
12 Q. Why don't you describe to me how the
13 accident happened.
14 A. I was probably five or six rungs up on
15 the ladder. I had the saw in my hand.
16 I start the saw. I make the cut. I
17 stop the saw, took my finger off the
18 trigger. Repositioned the saw in my
19 left hand and make sure I position
20 myself on the ladder because I have to
21 reach across my body and make sure that
22 the cut was made flush. In this
23 particular case the rebars just fell off
24 so I had to reach across to make sure

**Page 95**

1  it's flush. That's basically what I did
2  and to make sure it's flush I
3  repositioned my hands so I can grab onto
4  the saw and work my way down the ladder
5  by the guard and one step at a time
6  descend down the ladder until I am at
7  the bottom and when I am at the bottom I
8  switch the saw position so I can
9  actually walk with the saw down in a
10 comfortable position so my hand is now
11 on the base, not the blade end but the
12 base of the saw and it's down by my side
13 and at that point in some way it came in
14 contact with my leg and cut my leg.
15 Q. What rung of the ladder did you say you
16 were on when you made the cut to the
17 best of your memory?
18 A. The fifth or the sixth.
19 Q. How many rungs were there on this
20 ladder?
21 A. I'm not exactly sure how tall the ladder
22 was. If it was twelve feet there would
23 be approximately twelve rungs.
24 Q. Your feet are about halfway up the

**Page 96**

1  ladder?
2  A. Yes.
3  Q. You didn't start the saw until you got
4  positioned to make the cut, is that
5  right?
6  A. That's right.
7  Q. How did you start the saw?
8  A. I pressed the lock off, pulled the
9  trigger. Once the saw was started
10 proceeded to make the cut on the rebar.
11 Q. You understand what I mean when I refer
12 to the front handle of the saw and the
13 rear handle of the saw?
14 A. Would the front be the blade?
15 Q. I'm going to refer to the front handle
16 as the handle closer to the blade.
17 A. Okay.
18 Q. I'm going to refer to the rear handle as
19 the handle just above the trigger.
20 A. Okay.
21 Q. Do you understand now?
22 A. Yes.
23 Q. As you made the cut where was your left
24 hand?

Page 97

1  A. The front.
2  Q. Your left hand is on the front closer to
3     the blade.
4  A. Yes.
5  Q. And your right hand is on the rear
6     handle where the trigger is.
7  A. Yes.
8  Q. You make the cut of the rebar, correct?
9  A. Yes.
10 Q. And then you said you repositioned the
11    saw after you made the cut?
12 A. Yes, because now I have to hold it to
13    keep my balance on the saw. My right
14    hand is off the handle.
15 Q. When you say you reposition, the first
16    thing you do is take your right hand off
17    the rear handle, right?
18 A. No. It would be that I would move my
19    left hand. The handle on the guard on
20    the blade side makes the turn and I was
21    just repositioned to get a better hold
22    of it.
23 Q. So you don't take your left hand off the
24    front handle. You just change the

Page 98

1     position of your left hand on the front
2     handle, is that what you are saying?
3  A. That's correct.
4  Q. And you do that because you are about to
5     check to see whether you have cut the
6     rebar flush to the wall.
7  A. Yes.
8  Q. And you are going to do that by taking
9     your right hand and feeling whether you
10    cut the rebar flush to the wall.
11 A. That's correct.
12 Q. And at some point you do that, you take
13    your right hand off the rear handle and
14    you reach over and feel whether the
15    rebar has been cut flush to the wall,
16    correct?
17 A. That's right.
18 Q. And when you did that had the blade
19    stopped turning when you were feeling
20    the wall to see if the rebar was cut
21    flush to the wall?
22 A. No.
23 Q. It was still turning?
24 A. Given the time, yes, right after the

Page 99

1     cut. There's a lot of noise. In this
2     particular instance the blade should
3     still be spinning.
4  Q. You had just removed your finger from
5     the trigger.
6  A. Yes.
7  Q. As you are reaching with your right hand
8     over across your body to feel whether
9     the rebar to your left had been cut
10    flush with the wall the blade is still
11    turning, it's coasting.
12 A. Yes.
13 Q. Was the rebar cut flush to the wall as
14    far as you remember?
15 A. Yes, it was.
16 Q. What's the next thing you do after you
17    determine that?
18 A. I am done with that cut so I go down the
19    ladder. Now I have to reposition my
20    hand again on the blade away from me.
21 Q. You are still talking about
22    repositioning your left hand.
23 A. Yes.
24 Q. So what do you do now?

Page 100

1  A. I'm repositioning for balance so I want
2     to get a good hand on the saw so I can
3     still keep my balance going down.
4     That's what the repositioning is for.
5  Q. That's how you repositioned that second
6     time. How do you reposition it that
7     second time?
8  A. Now it would be more towards to get a
9     better grip so I can work my hands to
10    guide myself down the ladder so I can
11    keep my balance.
12 Q. How do you reposition your left hand on
13    the front handle the second time?
14 A. I want a better grip on the handle
15    itself. I'm holding it in one hand now
16    moving down the ladder but I need my
17    balance on top of it. I have a better
18    grip where the guard is, more toward the
19    guard. When I'm making the cut my
20    hand's sort of parallel away from it.
21    When I actually start to go down the
22    ladder I want it sort of right on the
23    guard so it's a good way to balance
24    myself and have a good hand on the saw.

## Page 101

1  Q. So you slide your left hand closer to
2     the guard.
3  A. Yes.
4  Q. The first time you reposition it in
5     order to feel whether the rebar has been
6     cut flush to the wall how do you
7     reposition your left hand then?
8  A. It's difficult to explain. I reposition
9     it after I let go with the right hand
10    just so I can turn it a little bit so I
11    can reach over and grab it. When I'm
12    making my cut it's over here away from
13    me so I'm just really guiding it. When
14    I want to reactivate the saw I just want
15    to grab it a little closer and the
16    second resposition going down the ladder
17    is just to make sure I have a good grip
18    on it when I start to move for balance
19    sake because now I'm moving so my
20    balance is critical.
21 Q. When you are moving down the ladder
22    where is your right hand?
23 A. It's on the rail.
24 Q. On the right-hand rail of the ladder?

## Page 102

1  A. Yes.
2  Q. Where is the saw as you are moving down
3     the ladder?
4  A. In my left hand.
5  Q. At some point as you are going down the
6     ladder has the blade come to a stop?
7  A. Not to my knowledge. Given that it cut
8     me on the bottom I have to say no, it
9     hadn't.
10 Q. Could you hear it still moving?
11 A. No. At this point I have ear plugs.
12 Q. You had ear plugs?
13 A. Yes. Besides the noise of the saw
14    there's machinery moving around
15    overhead. There are air tools chipping.
16    There's a lot of stripping. There's a
17    lot of noise. It's not a comfortable
18    noise.
19 Q. What rung were you on when you were cut?
20 A. Whether or not my foot is actually on a
21    rung or not I don't remember but I am at
22    the bottom of the ladder. Whether I was
23    leaning with my left foot on I don't
24    remember.

## Page 103

1  Q. As you are going down the ladder your
2     left hand is on the front handle of the
3     saw and your right hand is on the right
4     rail of the ladder.
5  A. Yes, as I am descending.
6  Q. Where was your left hand and where was
7     your right hand at the time the blade
8     made contact with your left leg?
9  A. When I reached the bottom of the ladder
10    I switched the position of my hands from
11    the front to the rear.
12 Q. You are at the bottom of the ladder and
13    your left hand is still on the front
14    handle and your right hand on the
15    ladder.
16 A. Yes. When I reached the bottom I
17    switched positions of my left hand from
18    the front position to the rear position
19    so I could walk with it.
20 Q. Now you move your left hand which had
21    been on the front handle to the right
22    and put your right hand on the front
23    handle.
24 A. Yes, temporarily so I could switch to

## Page 104

1     the left so I released my left hand from
2     the front, put my left hand on the rear.
3  Q. So you put your left hand which had
4     been on the front handle on the rear
5     handle.
6  A. Yes, I transferred it.
7  Q. And you put your right hand which had
8     been on the ladder on the front handle.
9  A. I put my right hand on the front first,
10    let go with my left.
11 Q. You first put your right hand which had
12    been on the ladder on the front handle
13    and then you released your left hand
14    from the front handle and put it on the
15    rear handle.
16 A. That's correct.
17 Q. And what is the next thing that happened
18    after you changed hands that way.
19 A. The next thing I remember is feeling a
20    tingling in my leg. This is after some
21    point when I had put it down by my side
22    it had come in contact with my body. I
23    felt a tingling sensation in my foot. I
24    wasn't sure exactly what happened. I

Page 105

1  didn't know what came in contact with my
2  leg. I felt I had banged it. When I
3  took my next step that's when I knew I
4  had cut myself. I couldn't feel my
5  foot.
6  Q. Did you ever start to saw again after
7     you released the trigger just before
8     reaching your right hand over to feel if
9     you had cut the rebar flush to the wall?
10 A. No.
11 Q. How much time would you say went by
12    between when you released your finger
13    from the trigger when you were on the
14    fifth or sixth rung of the ladder and
15    when the blade came in contact with your
16    leg?
17 A. I'm not sure. I don't know.
18 Q. Can you estimate?
19 A. Less than a minute.
20 Q. But beyond that you can't say?
21 A. Not really.
22 Q. Enough time for all those things that
23    you just described to happen.
24 A. Yes.

Page 106

1     [Short recess.]
2  Q. Let's go back, Mr. Watson, to the point
3     where you were making the cut of this
4     last rebar just before you were hurt.
5     As you were making that cut where was
6     the saw in relation to your body?
7  A. In front of me off to my left making the
8     cut.
9  Q. How high was it in relation to your
10    shoulders?
11 A. Between my shoulders and my waist.
12 Q. And there was a ladder that you were on,
13    correct?
14 A. That's correct.
15 Q. And it was leaning up against the wall,
16    correct?
17 A. Yes.
18 Q. What angle, approximately, did the
19    ladder make with the wall?
20 A. I wouldn't be able to tell you that.
21 Q. Let's start with a forty-five degree
22    angle. Did it make an angle less than
23    forty-five degrees which would put it
24    more parallel or closer to being

Page 107

1     parallel with the wall or more than
2     forty-five degrees which would have it
3     coming out more from the wall?
4        MR. TOBIN: Objection.
5  Q. Do you understand the question?
6  A. I do. I'm not sure.
7  Q. Can you draw a diagram showing your
8     approximate position into the ladder in
9     reference to the wall?
10 A. How the degrees go, no.
11 Q. Can you tell me how far away from the
12    wall the feet of the ladder were?
13 A. At the time, no, I can't. I couldn't be
14    exact.
15 Q. Between the time you made the cut of the
16    rebar and the time when your accident
17    occurred you repositioned your hands
18    three times on the saw. The first time
19    you did so, according to your testimony,
20    was when you repositioned your left hand
21    on the front handle after you cut the
22    rebar in order to reach your right hand
23    over to see if the rebar was cut flush
24    to the wall. The second time you

Page 108

1  repositioned your left hand on the front
2  handle of the saw was when you did so in
3  order to go down the ladder, and the
4  third time you repositioned your hands
5  was when you got to the bottom of the
6  ladder or near the bottom of the ladder
7  and you reached your right hand which
8  had been on the ladder over to the front
9  handle and took your left hand which had
10 been on the front handle and moved it to
11 the rear handle in order to carry the
12 saw, is that right?
13 A. Yes.
14 Q. I just wanted to make sure I got the
15    sequence. I think I described it
16    accurately. With that in mind as we
17    told you we have an exemplar saw here.
18    It's not the saw involved in your
19    accident. I'm going to ask you to just
20    show as best you can how you were
21    holding the saw at the various points in
22    time that you just described. Okay?
23 A. Sure.
24        MR. BARRY: Just so the

Page 125

1    Do you remember that testimony?
2  A. I know what you are referring to.
3  Q. Would you describe again what you
4     experienced when you said you felt the
5     saw jerking.
6  A. When it came in contact with me I felt
7     like it banged off me. At first I
8     didn't know it was the blade had come in
9     contact with me. I thought I had been
10    hit with a guard maybe to be honest with
11    you. When part of the saw hit me it
12    felt like a bang more than a cut.
13    Obviously it had cut me. It was
14    bleeding but it felt like it banged
15    against me. I don't know if "jerked" is
16    the right word. It just seemed like it
17    banged against me. The first thing I
18    felt was a tingling like I had been hit
19    on a nerve like a funnybone. I didn't
20    realize I had cut myself. It felt
21    funny. I think I just used the word
22    "jerk" but I don't know if it's the
23    right word.
24 Q. Whether it's the right word or not did

Page 126

1     you feel that sensation before you felt
2     the blade contact your leg?
3        MR. TOBIN: Objection.
4  A. Just the one sensation of hitting my
5     leg.
6  Q. Did you feel the saw move or jerk in any
7     way before you felt the blade hit your
8     leg?
9  A. No. The jerking feeling wasn't in my
10    hand. It was in my leg. It felt like
11    it was pulling inwards.
12 Q. Were you describing a feeling that the
13    saw moved?
14 A. I just felt it on my leg.
15 Q. But that was after the blade contacted
16    your leg, not before.
17 A. At the same time.
18 Q. Right around the same time?
19 A. Yes.
20 Q. It's hard to distinguish whether it was
21    immediately before or immediately after.
22 A. Yes, it's very hard. It just wasn't a
23    typical bang. It was an odd feeling.
24       MR. BARRY: That's all I

Page 127

1     have.
2        CROSS-EXAMINATION
3        BY MR. TOBIN
4  Q. How has your injury affected your daily
5     life?
6  A. Other than the things that we talked
7     about earlier that were the things that
8     I can't do anymore more important is the
9     effect of the relationship with my son.
10    Six months after the accident I was
11    separated from my wife and then
12    visitation was very hard just getting
13    used to the AFO and his visual condition
14    was still so bad at the time. When I
15    had my son I would take him to my mom's
16    house because I couldn't handle him by
17    myself. His condition has actually
18    improved quite dramatically. He's now a
19    little toddler. He's a little behind
20    but he's a handful.
21 Q. Do you run and play with each other?
22 A. Yes.
23 Q. Do you run and play with him?
24 A. Not like I would like to.

Page 128

1  Q. What can't you do with your son?
2  A. I can't really run with him at all. My
3     playing with him is limited. I just
4     sit there and watch.
5  Q. Mr. Watson, as you sit here today, can
6     you tell us one way or another whether
7     the saw that injured you was a twelve-
8     or a fourteen-inch model?
9  A. No, I don't think I could.
10 Q. Mr. Watson, before this deposition you
11    reviewed your answers to
12    interrogatories, correct?
13 A. Yes.
14 Q. And you specifically reviewed Answer
15    No. 3, is that right?
16 A. Yes.
17 Q. And there's a sentence in No. 3 that
18    says "For an hour prior to the accident
19    I had been cutting off rebar sections."
20    Do you remember that?
21 A. Yes.
22 Q. In fact, had you been cutting rebar that
23    entire day?
24 A. Yes.