# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL WATSON, INDIVIDUALLY,
AND AS FATHER AND NEXT FRIEND OF
JOHN WATSON,

                Plaintiff,

v.

ELECTROLUX PROFESSIONAL
OUTDOOR PRODUCTS, INC.

                Defendant.

CIVIL ACTION
NO: 04-11782DPW

## AFFIDAVIT OF MICHAEL WATSON

I, Michael Watson, hereby depose and state as follows:

1.     At no time did I ever deactivate any of the switches or interlocks on the saw that caused my injuries.

2.     On the day of the accident, in order to activate the saw, I first had to push the button on the inside of the rear handle, then depress the trigger. The saw would not activate if the button on the inside of the handle was not pushed before pulling the trigger.

3.     At the time of the accident, I was wearing a hard hat, ear plugs, eye protection and work gloves, just as I always did when working in the tunnels.

Signed under the pains and penalties of perjury this ___2nd___ day of June, 2006.

_Michael Watson_
Michael Watson