# **EXHIBIT 8**

**SABON**INDUSTRIES, INC.                                                      Leslie N. Wilder, P.E.

150 Jennie Lane • Fairfield, Connecticut 06824 • 203/255-8880

March 24, 2006

**By fax to: 617 265 3627**

Jonathan E. Tobin
Finneran, Byrne & Dreschler, L.L.P.
50 Redfield Street
Boston, MA 02122

Re: Watson v. Electrolux

Dear Mr. Tobin,

In reviewing the above file in preparation for my forthcoming deposition, I have recently become aware of certain facts that cause me to modify my previous opinion stated in my September 29, 2005 report.

My opinion that the subject K2300 EL saw is unreasonably dangerous because of the lack of a blade brake remains the same.

However, a review of the defendant's expert report and the reconstruction videos, especially the video labeled: Film Reconstruction Sweden: Descend Ladder & Cut Leg indicate that it is possible that certain manipulations of the saw might allow inadvertent actuation of the safety interlock button and trigger switch.

Because of this, I considered the scenario that Mr. Watson inadvertently and unknowingly started the saw as he descended the ladder to the ground. Based upon his description of the events leading up to his injury, such inadvertent operation, if it indeed occurred, would have taken place at or about the time he reached the bottom of the ladder, when he changed his grip on the saw, and prior to lowering it to his side.

In such an event, had there been a blade brake, is more likely than not that his injury would not have occurred, or would have been less severe.

But such a scenario – that of an inadvertent operation of the saw causing it to be under power, or coasting less than 3 seconds just prior to contacting his leg, could not have occurred had there been an effective interlock. Such an interlock could and should have been designed to more effectively prevent or minimize inadvertent actuation by, for example, being recessed, guarded, or positioned away from an operator's normal operating grip on the handle.

Thus, the lack of an effective safety interlock, as well as the lack of a blade brake both constitute design defects which make this saw unreasonably dangerous, and one or both of these defects were contributing causes of this injury.

Sincerely,

Leslie N. Wilder, P.E.