# EXHIBIT 9

```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3                         CIVIL ACTION NO. 04-11782 DPW

 4   - - - - - - - - - - - - - - - - - -

 5   MICHAEL WATSON, Individually and as :

 6   father and next friend of           :

 7   JOHN WATSON,                        :

 8                    Plaintiff,         :

 9      V.                               :

10   ELECTROLUX PROFESSIONAL OUTDOOR     :

11   PRODUCTS,                           :

12                    Defendant.         :

13   - - - - - - - - - - - - - - - - - -

14          30(b(6) Deposition of SVEN LENNART GUSTAFSSON,

15   a witness called by counsel for the Plaintiff, taken

16   pursuant to the applicable provisions of the Federal

17   Rules of Civil Procedure, before Rosemary F. Grogan, a

18   Registered Professional Reporter, CSR No. 112993, and

19   Notary Public in and for the Commonwealth of

20   Massachusetts, at the Law offices of Sugarman, Rogers,

21   Barshak & Cohen, P.C., 101 Merrimac Street, Boston,

22   Massachusetts, on Monday, August 8, 2005, commencing at

23   10:15 a.m.

24
```

30 (b) (6) of Sven Lennart Gustafsson 8-8-2005
Michael Watson, et al. v. Electrolux Professional Outdoor Products

74

1 curiosity.
2    Q.  So are you telling me the testing of how long
3 the blade spun down in the K2300 model was done out of
4 curiosity?
5    A.  I said I don't know why it was tested.
6    Q.  Okay; thank you.
7        Is the spinning down of the blade known
8 as coasting; do you understand that?
9    A.  It can be called that.
10   Q.  What would you call that, the spinning down of
11 the blade?
12   A.  Coasting in English is fine.
13   Q.  I would ask you what the term is in fact -- I
14 will ask you what's the term in Swedish, if anything?
15   A.  I was afraid you would ask me. I was
16 wondering what we could call that in Swedish. I don't
17 think we have a word like coasting.
18       We would just say, slow down.
19   Q.  Slow down?
20   A.  Yeah.
21   Q.  And what is that term in Swedish?
22   A.  In Swedish it's sakta ner.
23   Q.  That's two words?
24   A.  Yes.

75

1    Q.  Now what forces act on the blade as it's
2 spinning down?
3    A.  Inertia; the energy that the blade and the
4 armature and the rotor has.
5    Q.  Okay. Is it safe to say the friction of the
6 system is what slows down the blade?
7    A.  That is what slows it down, yes.
8    Q.  And the friction provided by the gear on --
9    A.  Everything that has friction in the motor.
10   Q.  Is there any friction in the rotor itself?
11   A.  Through the bearings, yes.
12   Q.  Okay. And then that will be the friction
13 provided by the gear box itself, the gear on gear,
14 correct?
15   A.  Yes.
16   Q.  All right. I imagine there's a bearing on
17 the -- the term escapes me, but the blade spins around a
18 central point; is that correct?
19   A.  Yes.
20   Q.  What's that called?
21   A.  The arbor.
22   Q.  And the arbor on this is a set of ball
23 bearings?
24   A.  Yes.

76

1    Q.  And there's friction produced by that, too?
2    A.  Yes.
3    Q.  There's no electronic brake incorporated in
4 the -- into the design of the K2300; is that correct?
5    A.  No.
6    Q.  When I use the term, electronic brake, what do
7 you understand that to be?
8    A.  I don't know.
9    Q.  You don't know?
10   A.  No.
11   Q.  So how do you know there isn't one in the
12 K2300?
13   A.  I know there is not, but I don't know what you
14 mean by electronic brake.
15   Q.  Fair enough.
16       Is there any type of braking device
17 incorporated into the K2300 that would stop the blade
18 from spinning after deactivation?
19   A.  No.
20   Q.  Okay. We talked a little bit about the next
21 model after the K2300 went out of production?
22   A.  Right.
23   Q.  Partner produced the K3000, correct?
24   A.  Yes.

77

1    Q.  And you told me a little bit earlier it has a
2 couple of different features; some of which are a little
3 more interesting than the K2300. Do you recall that?
4    A.  It has better ergonomics.
5    Q.  It has better ergonomics?
6    A.  Yes.
7    Q.  And there's different electronics; is that
8 true also?
9    A.  Yes.
10   Q.  When you say, Better ergonomics, what do you
11 mean?
12   A.  The rear handle is of a much better design;
13 the house is a better design, how you work with the
14 product.
15   Q.  The position of the interlock has actually
16 changed on the K3000; is that correct?
17   A.  Yes.
18   Q.  Is it actually on the side of the handle in
19 the back; is that right? Let me do it this way:
20       Where is the interlock on the K3000?
21   A.  It's on the side.
22   Q.  Okay. Why was the position of the interlock
23 changed?
24   A.  Many people missed where the interlock was on

20 (Pages 74 to 77)

**Page 78**

1 the 2300. They never saw it, and they couldn't start
2 the saw.
3    Q. Makes it less useful, doesn't it?
4    A. Yes, disappointed because they bought it with
5 the intention that it would rotate.
6    Q. Is the interlock mechanism different on the
7 K3000 from the K2300?
8    A. Yes.
9    Q. How is it different?
10   A. It's a different design altogether and it's
11 hard to -- when you say, how is it different? It's very
12 different.
13   Q. If it's very different, then you should be
14 able to describe it for me -- or can you describe for me
15 how very different it is?
16   A. One of them is operated from the side, and the
17 other one we discussed before. And we don't have a 3000
18 here, so I cannot show you.
19   Q. I understand that, but if you can --
20   A. It's one of those where you see the trigger
21 interlock. So it's more intuitive that you should push
22 it.
23   Q. To start the machine?
24   A. To start the machine.

**Page 79**

1    Q. All right. Does the interlock function the
2 same way; that is in order to activate the saw, you have
3 to push the interlock first?
4    A. It has exactly the same purpose. You push it
5 first; then you can activate the trigger.
6    Q. And it's a spring-loaded button, correct?
7    A. Yes.
8    Q. When you push the trigger or activate the
9 trigger, pull the trigger to keep the saw going, can you
10 release the interlock and it will return to its original
11 position?
12   A. Yes.
13   Q. Why wasn't the interlock on the side of the
14 K2300?
15   A. I don't know.
16   Q. There's a feature in the K3000 called a soft
17 start. Are you familiar with that?
18   A. Yes.
19   Q. What is that?
20   A. It takes a second or two until the motor has
21 been given full power.
22   Q. What advantage does that feature provide, the
23 soft start feature?
24   A. It avoids the spike that you get when you

**Page 80**

1 start an electric tool. So you have less problem with
2 the fuses being blown.
3    Q. Okay. Does it have anything to do with the
4 forces that an operator feels when he first starts up
5 the saw?
6    A. The purpose was to eliminate the fuses from
7 blowing.
8    Q. That's not my question.
9       Does it have anything to do or have any
10 effect on the force that the users feels when he first
11 starts up the saw?
12   A. It does have that effect, but that was not the
13 purpose of the design.
14   Q. I understand. But what effect does it have?
15   A. As the power comes on slower, you don't get
16 that moment of -- what's the word I'm looking for here?
17 It doesn't jump, but it makes a small movement when you
18 start the saw.
19   Q. And the soft start eliminates that?
20   A. Not eliminates, but minimizes it. It makes it
21 smaller.
22   Q. Okay. And a little bit earlier we talked
23 about my lack of technical background. I think you told
24 me the soft start controls how long it takes to get full

**Page 81**

1 power to the electric motor; is that right?
2    A. Yes.
3    Q. And how is that achieved?
4    A. Through a computer chip.
5    Q. When did that computer chip become available
6 to the power saws?
7    A. When we introduced the K3000.
8    Q. When did it become available, though? What
9 year, if you know?
10   A. We introduced it in 2003.
11   Q. Was it available, say, in 2000?
12   A. I don't know.
13   Q. Is there anyone that would know?
14   A. Yes.
15   Q. Who?
16   A. I don't recall his name now. The person who
17 developed it.
18   Q. Was it developed by someone in Partner?
19   A. Yes.
20   Q. And you don't recall his name?
21   A. It's a German name, but it might come.
22   Q. Is this something you could get in the future?
23   A. Oh, yes. It's just blank as I sit here.
24   Q. All right. So it's a computer chip that

21 (Pages 78 to 81)