# EXHIBIT A



## *K3000 EL*

# Operator's manual



Please read the operator's manual carefully and
make sure you understand the instructions before
using the machine.

# SAFETY INSTRUCTIONS

## Personal protective equipment



> **WARNING!** You must use approved personal protective equipment whenever you use the machine. Personal protective equipment cannot eliminate the risk of injury but it will reduce the degree of injury if an accident does happen. Ask your dealer for help in choosing the right equipment.

• Protective helmet

• Hearing protection

• Protective glasses or a full face guard



• Breathing mask



• Heavy-duty, firm grip gloves.



• Tight-fitting, heavy-duty and comfortable clothing that permits full freedom of movement.

• Leg protection (to protection against sparks and cutting tools).



• Boots with steel toe-caps and non-slip sole



• Always have a first aid kit nearby.



## Machine's safety equipment

This section describes the machine's safety equipment, its purpose, and how checks and maintenance should be carried out to ensure that it operates correctly. See the "What is what?" section to locate where this equipment is positioned on your machine.



> **WARNING!** Never use a machine that has faulty safety equipment! Carry out the inspection, maintenance and service routines listed in this section.

### Switch

The power switch should be used to start and stop the machine.



### Power switch lock

The power switch lock is designed to prevent accidental operation of the switch. When the lock (A) is pressed in the power switch (B) is released.



The power switch lock remains depressed as long as the power switch is depressed.

When the grip on the handle is released both the power switch and power switch lock are reset. This movement is controlled by two independent return springs. This position results in the machine stopping and the power switch being locked.



### Guard for the cutting blade

This guard is fitted above the cutting blade and is designed to prevent parts of the blade or cutting fragments from being thrown towards the user.

