UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON, PPA<br>　　　Plaintiff<br><br>v.<br><br>ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC.<br>　　　Defendant | CIVIL ACTION NO. 04-11782 DPW |

### ASSENTED-TO MOTION OF THE DEFENDANT ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC. TO CONTINUE TRIAL

Defendant Electrolux Professional Outdoor Products, Inc. ("Electrolux"), with the assent of the plaintiff, Michael Watson, moves the Court to continue the trial of this case, currently scheduled for November 20, 2006, to March 19, 2007 or March 26, 2007.

In support of this motion, Electrolux states that the currently scheduled trial date would conflict with a family commitment of its counsel David A. Barry, Esquire, which requires Mr. Barry to be out of town during the week of November 20, 2006. Counsel for the parties have attempted to agree upon another trial date earlier than March, 2007 for the Court's consideration; however, the earliest trial date after November 20, 2006 that would not conflict with the schedules of witnesses and trial counsel is March 19, 2007.

WHEREFORE, the defendant, Electrolux Professional Outdoor Products, Inc., with the assent of plaintiff Michael Watson, respectfully request the Court to continue the trial of this case from November 20, 2006 to March 19 or March 26, 2007, or to a date thereafter that may be convenient to the Court.

ELECTROLUX PROFESSIONAL OUTDOOR
PRODUCTS, INC.,
By its Attorney,

/s/ *David A. Barry*
David A. Barry, BBO No. 031520
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030
barry@srbc.com


/s/ *Suleyken D. Walker*
Suleyken D. Walker, BBO No. 654933
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030
walker@srbc.com


ASSENTED TO:

MICHEL WATSON,
By his Attorneys,


/s/ *Jonathan E. Tobin*
Thomas Drechsler, B.B.O. #134840
James E. Byrne, B.B.O. #068560
Jonathan E. Tobin, B.B.O.#641509
Finneran, Byrne & Drechsler, LLP
50 Redfield Street
Boston, MA 02122
(617) 265-3900

DATED: September 13, 2006

2

## CERTIFICATE OF SERVICE

I, David A. Barry, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 13, 2006.

/s/ David A. Barry
David A. Barry
barry@srbc.com

Doc. #382068

3