UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON, PPA<br>    Plaintiff<br><br>v.<br><br>ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC.<br>    Defendant | CIVIL ACTION NO. 04-11782 DPW |

### ASSENTED-TO MOTION OF THE DEFENDANT ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC. TO SUBSTITUTE HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS INC. FOR ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC., AS THE PROPER DEFENDANT

Pursuant to Federal Rule of Civil Procedure 25(c), defendant Electrolux Professional Outdoor Products, Inc. ("EPOP"), hereby requests that the Court substitute Husqvarna Professional Outdoor Products Inc. ("HPOP") for Electrolux Professional Outdoor Products, Inc., as the proper defendant. In support of this motion, the defendant states that in late 2005 EPOP's name was changed to "Husqvarna Professional Outdoor Products Inc.", which is the successor-in-interest to "Electrolux Professional Outdoor Products, Inc."

WHEREFORE, the defendant Electrolux Professional Outdoor Products, Inc., requests that Husqvarna Professional Outdoor Products Inc. be substituted for EPOP as the proper party defendant in this action.

<table>
<tr><td>ASSENTED TO:

The Plaintiff,
By his Attorneys,


/s/ *Jonathan E. Tobin*
Thomas Drechsler, B.B.O. #134840
James E. Byrne, B.B.O. #068560
Jonathan E. Tobin, B.B.O.#641509
FINNERAN, BYRNE &
DRECHSLER, LLP
50 Redfield Street
Boston, MA 02122
617-265-3900</td><td>DEFENDANT HUSQVARNA
PROFESSIONAL OUTDOOR PRODUCTS
INC., F/K/A ELECTROLUX
PROFESSIONAL OUTDOOR
PRODUCTS, INC**.,**
By their attorneys,

*/s/ David A. Barry*
_____
David A. Barry, BBO No. 031520
Suleyken D. Walker, BBO No. 654933
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030</td></tr>
</table>

DATED: September 19, 2006

CERTIFICATE OF SERVICE

I, David A. Barry, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 19, 2006.

*/s/ David A. Barry*
David A. Barry
barry@srbc.com

Doc. #381880