## AFFIDAVIT OF LESLIE N. WILDER, P.E.

I, Leslie N. Wilder, P.E., hereby state and depose as follows:

1. I have extensive education and experience in the areas of mechanical and electrical engineering, and the application of that knowledge to the development and manufacture of mechanical, electromechanical and electronic devices and products.

2. My analysis of the subject saw and the suggested alternative designs involves the application of basic, generally recognized and accepted principles of engineering and physics.

3. The use of blade brakes to reduce the coasting time of a rotating blade has been a generally accepted and commonly applied safety feature in the power tool industry for many years. The technology needed to incorporate a blade brake into saws similar to the subject saw has been available for many years.

4. The use of interlocks, barriers or other means to protect against the occurrence of inadvertent activation in electromechanical devices, such as electric saws, is also a basic, well accepted, and very frequently employed safety feature. A wide variety of these designs are common, by such manufacturers of saws as Makita, Dewalt, Ryobi, Skil and Ridgid. The means by which this is accomplished is ultimately a design choice.

5. I have spent the last 15 years as a forensic engineer investigating accidental injuries on behalf of both plaintiffs and defendants. During this time, I have investigated no fewer than 22 such accidents that involved powered saws.

Signed under the pains and penalties of perjury, this ninth day of June 2006.

_Leslie N. Wilder, P.E._
Leslie N. Wilder, P.E.