UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON, PPA<br>　　　Plaintiff<br><br>v.<br><br>HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS INC.<br>　　　Defendant | CIVIL ACTION NO. 04-11782 DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　　Kindly withdraw my appearance as co-counsel for the defendant, Husqvarna Professional Outdoor Products Inc., in the above-captioned matter. Attorney David A. Barry continues to represent Husqvarna Professional Outdoor Products Inc. in the case, and Attorney Andrew R. Levin is filing a Notice of Appearance as co-counsel.

　　　　　　　　　　　　　　　　　　　　SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.,


　　　　　　　　　　　　　　　　　　　　*/s/ Suleyken D. Walker*_____
　　　　　　　　　　　　　　　　　　　　Suleyken D. Walker, BBO No. 654933
　　　　　　　　　　　　　　　　　　　　101 Merrimac Street, 9th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02114-4737
　　　　　　　　　　　　　　　　　　　　(617) 227-3030
　　　　　　　　　　　　　　　　　　　	walker@srbc.com

DATED: February 16, 2007

CERTIFICATE OF SERVICE

      I, Andrew R. Levin, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2007.

      /s/ Andrew R. Levin
      levin@srbc.com

Doc. #387916