UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON, PPA<br>    Plaintiff<br><br>v.<br><br>HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS INC.<br>    Defendant | CIVIL ACTION NO. 04-11782 DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as co-counsel for the defendant, Husqvarna Professional Outdoor Products Inc., in the above-captioned matter.

                    SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.,

                    */s/ Andrew R. Levin*_____
                    Andrew R. Levin, BBO No. 631338
                    101 Merrimac Street, 9th Floor
                    Boston, MA 02114-4737
                    (617) 227-3030
                    levin@srbc.com

DATED: February 16, 2007

CERTIFICATE OF SERVICE

      I, Andrew R. Levin, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2007.

                                            */s/ Andrew R. Levin*
                                            levin@srbc.com

Doc. #387911