# ATTACHMENT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON, PPA<br>　　　Plaintiff<br><br>v.<br><br>HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS INC.<br>　　　Defendant | CIVIL ACTION NO. 04-11782 DPW |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1.　Have you, or has any member of your family, ever been injured while using any power tool or woodworking equipment?

2.　Have you, or has any member of your immediate family, ever made any complaint to or against Partner Industrial Products, Electrolux Professional Outdoor Products, Inc., Husqvarna Professional Outdoor Products Inc. or any complaint about any product manufactured or sold by Partners, Electrolux or Husqvarna?

3.　Have you, or has any member of your immediate family, ever filed suit for personal injuries?

4.　Have you, or has any member of your immediate family, ever received workers' compensation benefits?

5.　Have you, or has any member of your immediate family, ever worked for Modern Continental or on any projects related to the Central Artery Project ("Big Dig")?

ELECTROLUX PROFESSIONAL OUTDOOR PRODUCTS, INC., n/k/a HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS INC.,
By its Attorneys,

/s/ Andrew R. Levin
David A. Barry, BBO No. 031520
Andrew R. Levin, BBO No. 631338
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030
levin@srbc.com

DATED: February 21, 2007

CERTIFICATE OF SERVICE

I, Andrew R. Levin, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 21, 2007, 2006.

/s/ Andrew R Levin
levin@srbc.com

Doc. #387883