UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON,<br><br>                Plaintiff,<br><br>v.<br><br>HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS, INC.<br><br>                Defendant. | CIVIL ACTION<br>NO: 04-11782DPW |

**PLAINTIFF'S PROPOSED SPECIAL
JURY VERDICT FORM**

### PART I - NEGLIGENCE

1. Was Husqvarna negligent with respect to its design or sale of the K2300EL saw used by Michael Watson on May 5, 2001?

    YES _____   NO _____

    **(If Yes, go to 2. If No, go to 6.)**

2. Was Husqvarna's negligence a substantial contributing factor in causing any injury to Michael Watson?

    YES _____   NO _____

    **(If Yes, go to 3. If No, go to 6.)**

3. Was Michael Watson negligent in connection with his operation of the K2300EL saw on May 5, 2001?

    YES _____   NO _____
    **(If Yes, go to 4. If No, go to 6.)**

4. Was any such negligence by Michael Watson a proximate cause of the accident?

    YES _____   NO _____

**(If Yes, go to 5.  If No, go to 6.)**

5.    Please compare the negligence of Husqvarna and Michael Watson.

        Negligence of Husqvarna        _____ %

        Negligence of Michael Watson        _____ %

        TOTAL NEGLIGENCE        100 %

**(Go to 6.)**

## PART II - BREACH OF WARRANTY

6.    Did Husqvarna breach any warranty with respect to the design or sale of the K2300EL saw?

    YES \_\_\_\_\_    NO \_\_\_\_\_

**(If Yes, go to 7.  If No, then contact the court officer. Note: If you answered Yes to 1 then you must answer yes to 6.)**

7.    Was Husqvarna's breach of warranty a substantial contributing factor in causing any injury to Michael Watson?

    YES \_\_\_\_\_    NO \_\_\_\_\_

**(If Yes, go to 8.  If No, then contact the court officer. Note: If you answered Yes to 2 then you must answer yes to 7)**

## PART III - DAMAGES

**Answer 8 only if any of the following are true:**

**- You answered Yes to 1 and 2 <u>AND</u> answered Yes to 6 and 7   OR**
**- You answered Yes to 6 and 7.**

8.    What sum of money would fully and fairly compensate Michael Watson for his injuries?

    _____ Dollars
    (amount in words)

**(Go to 9)**

$ _____
(amount in figures)

9. What sum of money would fully and fairly compensate John Watson for his loss of consortium?

_____ Dollars
(amount in words)

$ _____
(amount in figures)

**(Once you have answered 8 and 9, contact the Court Officer)**

_____
Signature of Foreperson of Jury

_____
Print Name

DATED: _____