UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WATSON, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF JOHN WATSON,<br>　　　　　　　　　　Plaintiff,<br>v.<br>HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS, INC.,<br>　　　　　　　　　　Defendant. | CIVIL ACTION<br>NO: 04-11782DPW |

**ORDER APPROVING PETITION FOR SETTLEMENT APPROVAL
PURSUANT TO M.G.L. c. 231, §140C ½**

Pursuant to the authority granted to it by M.G.L. c. 231, §140C ½, the Court hereby makes the following orders and takes the following actions to effectuate the disposition of the settlement of this action:

The settlement for the amount of Fifty Thousand ($50,000.00) Dollars of the claim of John Watson, brought by his parent and next friend, Michael Watson, against the Defendant, arising out of personal injuries suffered by Michael Watson on December 5, 2001, is hereby approved.

1. Michael Watson is hereby appointed as the Guardian of John Watson.

2. The Defendant, Husqvarna Professional Outdoor Products, Inc. f/k/a Electrolux Professional Outdoor Products, Inc., is hereby authorized to pay the proceeds of the settlement of the claim of John Watson to Michael Watson, Guardian of John Watson, and Byrne & Drechsler, LLP, their attorneys.

3. Michael Watson is hereby authorized, as Guardian of John Watson, (1) to create a trust for the benefit of John Watson, in the form attached hereto as Exhibit A, and (2) to transfer to himself as Trustee of the Trust, the net proceeds of the settlement which he receives as Guardian of John Watson after deduction of legal fees and expenses, and satisfaction of any applicable liens.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Douglas P. Woodlock
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:_____