BYRNE & DRECHSLER, LLP
EASTERN HARBOR OFFICE PARK
50 REDFIELD STREET
BOSTON, MA 02122

(617) 265-3900

Michael Watson
39 Old Harbor Street
South Boston  MA  02127

Page: 1
03/08/2007
FILE NO: 24849-0000
STATEMENT NO: 2

Workmen's Compensation

DRAFT STATEMENT

| Date | Description | Amount |
|---|---|---|
| 07/02/2003 | MISCELLANEOUS EXPENSES | 19.20 |
| 04/18/2005 | MISCELLANEOUS EXPENSES - rental of saw, photo; | 63.73 |
| 05/04/2005 | MISCELLANEOUS EXPENSES | 32.00 |
| 05/04/2005 | MISCELLANEOUS EXPENSES - saw | 666.16 |
| 05/18/2005 | MISCELLANEOUS EXPENSES | 5.25 |
| 12/05/2005 | MISCELLANEOUS EXPENSES - Sugarman, Rogers Barshak; | 140.58 |
| 01/06/2006 | MISCELLANEOUS EXPENSES - SRBC | 140.00 |
| | MISCELLANEOUS EXPENSES | 1,066.92 |
| 08/04/2004 | POSTAGE | 9.76 |
| 02/04/2005 | POSTAGE | 5.11 |
| 05/04/2005 | POSTAGE | 8.40 |
| 04/07/2006 | POSTAGE | 4.05 |
| | POSTAGE | 27.32 |
| 05/04/2005 | COPIES | 6.00 |
| | COPIES | 6.00 |
| 07/02/2003 | MEDICAL RECORDS | 25.00 |
| 12/03/2003 | MEDICAL RECORDS | 25.00 |
| 04/04/2005 | MEDICAL RECORDS | 250.00 |
| | MEDICAL RECORDS | 300.00 |
| 07/05/2005 | TRANSCRIPTS | 200.00 |
| 09/02/2005 | TRANSCRIPTS | 731.80 |
| 10/05/2005 | TRANSCRIPTS | 370.00 |
| 05/03/2006 | TRANSCRIPTS | 76.18 |
| 05/03/2006 | TRANSCRIPTS | 551.00 |
| | TRANSCRIPTS | 1,928.98 |
| 06/02/2004 | FILING FEES | 520.00 |
| | FILING FEES | 520.00 |
| 02/03/2004 | PROCESS SERVER | 63.00 |
| 09/03/2004 | PROCESS SERVER | 64.00 |

Case 1:04-cv-11782-DPW   Document 49-2   Filed 03/08/2007   Page 2 of 2

Michael Watson

Page: 2
03/08/2007
FILE NO: 24849-0000
STATEMENT NO: 2

Workmen's Compensation

| Date | Description | Amount |
|---|---|---|
| 11/03/2004 | PROCESS SERVER | 24.00 |
| 05/04/2005 | PROCESS SERVER | 76.00 |
| | PROCESS SERVER | 227.00 |
| 03/01/2004 | COURIER | 12.00 |
| 10/04/2004 | COURIER | 12.00 |
| 05/04/2005 | COURIER | 12.00 |
| | COURIER | 36.00 |
| 10/28/2005 | FEDERAL EXPRESS | 21.09 |
| 10/28/2005 | FEDERAL EXPRESS | 12.94 |
| 01/18/2006 | FEDERAL EXPRESS | 29.30 |
| 04/07/2006 | FEDERAL EXPRESS | 21.51 |
| | FEDERAL EXPRESS | 84.84 |
| 05/05/2004 | EXPERT WITNESS | 1,500.00 |
| 06/03/2005 | EXPERT WITNESS | 2,800.00 |
| 10/05/2005 | EXPERT WITNESS | 4,000.00 |
| 12/05/2005 | EXPERT WITNESS | 2,650.00 |
| 01/09/2006 | EXPERT WITNESS | 1,000.00 |
| 04/07/2006 | EXPERT WITNESS | 1,500.00 |
| 06/23/2006 | EXPERT WITNESS | 2,333.00 |
| | EXPERT WITNESS | 15,783.00 |
| 05/04/2005 | REPRODUCE PHOTOGRAPHS | 9.35 |
| | REPRODUCE PHOTOGRAPHS | 9.35 |
| 05/19/2004 | OUTSIDE PRINTING | 148.47 |
| 03/07/2005 | OUTSIDE PRINTING | 26.25 |
| 05/04/2005 | OUTSIDE PRINTING | 171.73 |
| | OUTSIDE PRINTING | 346.45 |
| | TOTAL EXPENSES | 20,335.86 |
| | PREVIOUS BALANCE DUE | $746.40 |
| | TOTAL CURRENT WORK | 20,335.86 |
| | BALANCE DUE | $21,082.26 |